UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DOXIE,<br><br>   Plaintiff,<br><br>   v.<br><br>M. VAN ECK, et al.,<br><br>   Defendants. | No.  2:14-cv-1976 MCE CKD P<br><br><br><br>ORDER |

On April 21, 2015, defendants filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (ECF No. 22.)  Plaintiff has not opposed the motion.  (See ECF No. 14, ¶ 8.)

Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 1, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / doxi1976.46osc